# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **INDEPENDENCE RESTAURANT GROUP, LLC, d/b/a INDEPENDENCE BEER GARDEN**, *on behalf of itself and all others similarly situated*,     *Plaintiffs*, | : : : : : : | **CIVIL ACTION** |
| v. | : : | **NO. 20-2365** |
| **CERTAIN UNDERWRITERS AT LLOYD'S, LONDON**     *Defendant.* | : : : : | |

## ORDER

**AND NOW**, this 7th day of August 2020, upon consideration of Plaintiff filing its Amended Complaint (ECF No. 25), it is hereby **ORDERED** that Defendant's Motion to Dismiss (ECF No. 23) is **DENIED AS MOOT**.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**

1