IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **INDEPENDENCE RESTAURANT GROUP D/B/A/ INDEPENDENCE BEER GARDEN on behalf of itself and All others similarly situated,** *Plaintiff,* | : : : : : | **CIVIL ACTION** |
| v. | : : | No. 20-2365 |
| **CERTAIN UNDERWRITERS AT LLOYD'S, LONDON** *Defendant.* | : : : | |

## ORDER

**AND NOW**, this **14th** day of **January 2021**, upon consideration of Defendant's Motion to Dismiss (ECF No. 29), Plaintiff's response in opposition (ECF No. 36), Defendant's reply (ECF No. 39), Plaintiff's Notice of Supplemental Authorities (ECF No. 40), Defendant's Notice of Supplemental Authority (ECF No. 41), Defendant's Notice of Supplemental Authority in Further Support (ECF No. 44), and Plaintiff's Supplemented Record (ECF No. 45), it is hereby **ORDERED** that Defendant's Motion to Dismiss is **GRANTED.**

It is **FURTHER ORDERED** that Plaintiff's Amended Complaint (ECF No. 25) is DISMISSED with prejudice. The Clerk of Court is directed to close this matter.

BY THE COURT:

/s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**